## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

DEBORAH LAUFER,                                    :
                                                   : Case No.: 1:20-cv-2207
                   Plaintiff,                      :
v.                                                 :
                                                   :
HH CHURCHILL HOTEL ASSOCIATES,                     :
L.P.,                                              :
                                                   :
                   Defendant.                      :
_____           :

## NOTICE OF DISMISSAL [FRCP 41(A)]

Plaintiff, by and through undersigned counsel, hereby notifies this Court pursuant to FRCP 41(a)(1)(A)(i) that this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: February 4, 2021


*/s/ Tristan W. Gillespie, Esq.*
Tristan W. Gillespie, Esq.

THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022
Gillespie.tristan@gmail.com
404-276-7277

ATTORNEYS FOR PLAINTIFF